■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for the Mill Neck Conservation in the Incorporated Village of Bayville, in the Town of Oyster Bay. EVEANDRA ENTERPRISES, INC., Appellant.—In a condemnation proceeding, claimant appeals from so much of a partial final decree of the Supreme Court, Nassau County, entered June 26, 1975, after a hearing, as provides that the award shall carry interest at the rate of 6% per annum. Partial final decree affirmed insofar as appealed from, with costs. In our opinion, claimant's evidence did not overcome the presumptive validity of the statutory rate

(see *Matter of City of New York [Bronx Riv. Parkway]*, 259 App Div 552, affd 284 NY 48, affd 313 US 540; *Matter of Incorporated Vil. of Hempstead [Y. M. C. A. of Nassau & Suffolk Counties]*, 33 AD2d 1036). Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.